# United States Court of Appeals for the Federal Circuit

May 6, 2011

**ERRATA**

2010-5112

ENERGY NORTHWEST,
Plaintiff-Appellee,

v.

UNITED STATES,
Defendant-Apellant.

Decided: April 7, 2011
Precedential Opinion

Please make the following changes:

Page 1, change "Harold D. Lester, Jr., Trial Attorney" to "Harold D. Lester, Jr., Assistant Director"